IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TITANIDE VENTURES, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12cv251 |
| | § | (Judge Clark/Judge Mazzant) |
| AMAZON.COM, INC. and | § | |
| JUNGLE DISK, LLC, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Joint Motion to Dismiss Action With Prejudice [Doc. #45].

It is **ORDERED** that the Joint Motion to Dismiss Action With Prejudice [Doc. #45] is GRANTED. The court further **ORDERS** that all claims by Titanide against Amazon and Jungle Disk, and all claims by Amazon or Jungle Disk against Titanide are hereby dismissed with prejudice, including all pending claims and counterclaims. Each party shall bear its own costs and fees.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **21** day of **November, 2012.**

_____
Ron Clark, United States District Judge